## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

ANDREW MUSASHE                                                    PLAINTIFF

v.                              CASE NO. 2:24-CV-00096-BSM

H&M TRUCKING, INC.                                               DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 6th day of February, 2026.


_____
UNITED STATES DISTRICT JUDGE